MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel: (404) 221-5876
Fax: (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3392
Fax: (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　Plaintiff,<br><br>　v.<br><br>ANDREW ANGLIN,<br><br>　　Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF WRIT OF EXECUTION AND NOTICE OF LEVY** |

I, Mark R. Conrad, declare the following

1. I am an attorney licensed to practice in California and am counsel for Plaintiff/Judgment Creditor Tanya Gersh in the above-captioned action.

2. On August 8, 2019, the United States District Court for the District of Montana entered a judgment for Ms. Gersh and against Defendant, Andrew Anglin, in the amount of $14,042,438 (the "Judgment").

3. Ms. Gersh is registering the Judgment in this Court concurrent with this filing.

4. Since the date the Judgment was entered, interest has accrued pursuant to 28 U.S.C. § 1961, and now totals approximately $14,402,258.48. The daily accrual is approximately $760.88.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of December, 2020, in San Francisco, California.

_____
MARK R. CONRAD