MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:     (404) 221-5876
Fax:    (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:     (212) 373-3392
Fax:    (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ANDREW ANGLIN,<br><br>　　　Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>***EX PARTE* APPLICATION FOR PRESERVATION ORDER PROHIBITING THE TRANSFER OR CHANGE OF REGISTRANT INFORMATION CONCERNING DEFENDANT/JUDGMENT DEBTOR'S DOMAIN NAME HOLDINGS** |

Plaintiff/Judgment Creditor Tanya Gersh, by and through her undersigned counsel, hereby makes this application pursuant to Federal Rules of Civil Procedure 69(a), California Code of Civil Procedure §§ 695.010, 699.070, 699.710, 701.010, and the inherent power of the Court for an Order prohibiting transfer or change of registrant information relating to the domain name holdings belonging to Defendant/Judgment Debtor Andrew Anglin.

The Order is sought in connection with Ms. Gersh's efforts to collect upon a judgment in the amount of $14,042,348, entered on August 8, 2019, by the United States District Court for the District of Montana on August 8, 2019, and registered in this Court on December 1, 2020 (the "Judgment") plus post-judgment interest.  Concurrent with this Application, Ms. Gersh has filed an application for a Writ of Execution and Notice of Levy to Dynadot LLC, which, upon information and belief, is the registrar for Internet domain names registered by Mr. Anglin.

Ms. Gersh seeks this relief on an *ex parte* basis due to Judgment Debtor's history of disobeying judicial orders and shifting domain name registrations, as further described in Ms. Gersh's Memorandum of Law filed concurrently herewith in support of the instant *ex parte* application, and the Declarations of Mark R. Conrad and Marcelo A. Triana in support of the *ex parte* application.

DATED: December 1, 2020                    Respectfully submitted,

                                              CONRAD & METLITZKY LLP

                                              _____
                                              MARK R. CONRAD
                                              WARREN METLITZKY
                                              Attorneys for Plaintiff