MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW ANGLIN,<br><br>  Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**[PROPOSED] PRESERVATION ORDER PROHIBITING THE TRANSFER OR CHANGE OF REGISTRANT INFORMATION CONCERNING DEFENDANT/JUDGMENT DEBTOR'S DOMAIN NAME HOLDINGS** |

After consideration of the *Ex Parte* Application for Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings of Plaintiff/Judgment Creditor Tanya Gersh ("Application"), and pursuant to Federal Rule of Civil Procedure Rule 69(a) and California Code of Civil Procedure ("CCP") sections 695.010, 699.710, 699.070, 701.010, and based on the papers and evidence filed in support thereof, and good cause appearing, the Application is hereby GRANTED.  The Court hereby ORDERS as follows:

**A.    PROHIBITION ON TRANSFER OF DOMAIN NAMES HOLDINGS OF ANDREW ANGLIN**

Beginning as of the date this Order is entered and continuing until such time as this Order is modified, superseded or vacated, neither Judgment Debtor Andrew Anglin ("Anglin"), nor Dynadot LLC ("Dynadot"), nor any other party with actual or constructive knowledge of this Order, nor any person or entity controlled by such party, shall transfer or cancel, cause to be transferred or cancelled, or otherwise permit, participate in or facilitate the transfer or cancellation of the registration of the domain name "dailystormer.red" or any domain name registered by Mr. Anglin through Dynadot (together, the "Property").

The U.S. Marshal shall preserve the Property by notifying Dynadot that the Property is subject to a lien of execution, pursuant to CCP section 697.710, and may not be transferred or canceled by Dynadot or Mr. Anglin or anyone acting on Mr. Anglin's behalf.

**B.    PROHIBITION ON CHANGE OF WHOIS INFORMATION RELATING TO DOMAIN NAMES HOLDINGS OF ANDREW ANGLIN**

Beginning as of the date this Order is entered and continuing until such time as this Order is modified, superseded or vacated, neither Mr. Anglin, nor Dynadot, nor any other party with actual or constructive knowledge of this Order, nor any person or entity owned or controlled by any such party, shall alter, delete, supplement or otherwise change, in whole or in part, the WHOIS registrant information relating to the domain name "dailystormer.red" or any other domain name registered by Mr. Anglin through Dynadot.

- 2 -

**C.     PRODUCTION OF INFORMATION CONCERNING ANGLIN'S DOMIAN NAMES**

Pursuant to CCP sections 701.010(b)(1) and 701.010(b)(3), Dynadot shall provide to the U.S. Marshal documents sufficient to show all domain names that Mr. Anglin has registered through Dynadot and shall execute and deliver any documents necessary to effect the transfer of any domain names registered to Mr. Anglin to the Judgment Creditor.

*****

Counsel for Ms. Gersh shall exercise all reasonable efforts to serve Dynadot and Mr. Anglin with a copy of this Order.

**IT IS SO ORDERED.**

DATED: December 1, 2020

_____
UNITED STATES DISTRICT JUDGE