MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW ANGLIN,<br><br>  Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF *EX PARTE* APPLICATION FOR PRESERVATION ORDER PROHIBITING THE TRANSFER OR CHANGE OF REGISTRANT INFORMATION CONCERNING DEFENDANT/JUDGMENT DEBTOR'S DOMAIN NAME HOLDINGS** |

I, Mark R. Conrad, declare the following:

1. I am an attorney licensed to practice in California and am counsel for Plaintiff/Judgment Creditor Tanya Gersh ("Gersh") in the above-captioned action. I submit this declaration in support of Mr. Gersh's *ex parte* application for a preservation order, filed concurrently herewith. The facts set forth herein are known to me personally, or are based on information and belief following an investigation into the facts described, and if called as a witness, I could and would testify competently thereto.

2. Concurrent with the *Ex Parte* Application for Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings, Ms. Gersh has filed an application for a Writ of Execution and Notice of Levy to Dynadot LLC, which is a registrar for Internet domain names. According to public records maintained on file with the California Secretary of State, Dynadot is located in the Northern District of California (the "District"), with its principal place of business at 205 East Third Avenue, Suite 314, San Mateo, California, 94401.

3. Websites are established when an individual or entity—known as a registrant—registers the domain name with a registrar and registry. A domain name registry is an organization that maintains an authoritative master database of the domain names registered in a top-level domain name ("TLDs") (e.g., ".com", ".at", ".red").[1] Each TLD is associated with a specific registry that contains a record of all domain names that exists under the top level—for example, one registry maintains a comprehensive index of all ".com" domain names, while another registry maintains a comprehensive index of all ".org" domain names. Separate from these index-keeping registries, *registrars* are organizations through which individuals register domain names.[2] Registrars are responsible for collecting the required information from registrants, and the information they collect and compile then constitute the official records relating to ownership and registration of domain names. Registrars and registries derive their authority

---

[1] *ICANN Acronyms and Terms*, ICANN, https://www.icann.org/icann-acronyms-and-terms/en/nav/R (last visited Oct. 29, 2020) (defining a registry as an "authoritative master database of the domain names registered in a top-level domain (TLD)")

[2] *Id.* (defining a registrar as an "organization through which individuals and entities (registrants) register domain names").

from agreements with the nonprofit Internet Corporation for Assigned Names and Numbers ("ICANN"), which oversees the Internet through the registration of domain names. Registrars create publicly accessible databases containing data relating to the registration of domain names that are registered by or through them.[3]

4. By searching the public WHOIS databases, Dynadot LLC ("Dynadot") has been identified as the registrar for the "dailystormer.red" domain name, which is the domain name associated with Defendant/Judgment Debtor Andrew Anglin's neo-Nazi website, the *Daily Stormer*. The public WHOIS databases, however, do not permit searches other than by domain name. This means that the WHOIS databases maintained by Dynadot cannot be searched specifically to identify domain names registered by Mr. Anglin, despite the fact that the WHOIS data is public.

5. A WHOIS ownership record can be changed at any time by the registered owner or someone working on the registered owner's behalf. In order to change the ownership record of a domain name, a registered owner need only to log into his or her account with the registrar, and the registrant field associated with the domain name. This change, which can completely mask the true owner of a domain, can be completed in a matter of seconds. As long as the owner maintains control of listed administrator's email address—which may also be changed at any time—the owner maintains control of the domain name. Registrars are under no obligation to, and do not, actually verify upon any change in the WHOIS record that a listed registrant is a real person or entity, much less that the listed registrant is the actual domain name owner.

6. Given the ease of altering the domain registrant information, and in light of Mr. Anglin's history of evading discovery and changing domain names, as described in the Declaration of Marcelo A. Triana, filed concurrently herewith, there is a high risk that Mr. Anglin will hide or alter records relating to his ownership of, or even transfer his ownership of, the "dailystormer.red" domain name, which is the subject of the Writ of Execution in this case. Specifically, if Anglin is notified of this collection action

---

[3] *See 2013 Registrar Accreditation Agreement*, ICANN, § 3.3.1, https://www.icann.org/resources/pages/approved-with-specs-2013-09-17-en#whois-accuracy (last visited Oct. 29, 2020) ("At its expense, Registrar shall provide an interactive web page and . . . a port 43 Whois service . . . providing free public query-based access to up-to-date (i.e., updated at least daily) data concerning all active Registered Names sponsored by Registrar in any gTLD.").

before Dynadot takes action to preserve evidence of Mr. Anglin's domain name holdings, Mr. Anglin could alter or destroy records relating to his ownership of the domain name for "dailystormer.red" or transfer ownership of the domain name entirely, thus frustrating satisfaction of the judgment obtained by Ms. Gersh against him.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of December, 2020, in San Francisco, California.

_____
MARK R. CONRAD