MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:  (415) 343-7100
Fax:  (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:  (404) 221-5876
Fax:  (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americans
New York, NY 10019
Tel:  (212) 373-3392
Fax:  (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW ANGLIN,<br><br>    Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**DECLARATION OF MARCELO A. TRIANA IN SUPPORT OF *EX PARTE* APPLICATION FOR PRESERVATION ORDER PROHIBITING THE TRANSFER OR CHANGE OF REGISTRANT INFORMATION CONCERNING DEFENDANT/JUDGMENT DEBTOR'S DOMAIN NAME HOLDINGS** |

I, Marcelo A. Triana, declare the following:

1. I am an attorney licensed to practice in the State of New York. I represent Plaintiff/Judgment Creditor Tanya Gersh ("Gersh") and I will be filing an application for admission *pro hac vice* to represent Ms. Gersh as counsel of record in the above-captioned action. I submit this declaration in support of Mr. Gersh's *ex parte* application for a preservation order, filed concurrently herewith. The facts set forth herein are known to me personally, or are based on information and belief following an investigation into the facts described, and if called as a witness, I could and would testify competently thereto.

2. On August 8, 2019, the United States District Court for the District of Montana entered judgment in favor of Ms. Gersh and against Andrew Anglin ("Anglin") for $4,042,438 in compensatory damages and $10,000,000 in punitive damages (the "Judgment") based on claims arising out of a campaign of anti-Semitic harassment and intimidation against Ms. Gersh and her family, as directed by Mr. Anglin through his neo-Nazi website, the *Daily Stormer*.

3. Since the Judgment was entered, Ms. Gersh has been unable to collect any money from Mr. Anglin. This is due in part to Mr. Anglin's refusal to participate in any legal proceedings, including post-judgment discovery, the difficulty in locating any of Mr. Anglin's assets, and the repeated shifting of domain name registrations for the *Daily Stormer*, one of Mr. Anglin's most significant assets and the website where Mr. Anglin directed fellow neo-Nazis to harass Ms. Gersh and her family.

4. Despite a diligent search, counsel for Ms. Gersh in the underlying case in the District of Montana has been unable to determine Mr. Anglin's whereabouts or the location of his current residence. On September 2-3, 2020, Ms. Gersh, through her attorneys in the Montana case, served Anglin, via FedEx, with post-judgment discovery requests, returnable by October 4, 2020, at six Ohio addresses previously known to belong to Anglin. On September 4, 2020, Ms. Gersh also served these discovery requests by sending them to four email addresses belonging to Anglin. Through these discovery requests, Ms. Gersh sought information regarding Anglin's assets, as well as his current and former residences and email addresses. These discovery requests have been returned as undeliverable from four of the Ohio addresses and one of the email addresses. Anglin has failed to respond to any of the requests, thus preventing Ms. Gersh from identifying Anglin's assets.

- 1 -

5.   Anglin has described his website, the *Daily Stormer*, as a website "designed to spread the message of nationalism and anti-Semitism to the masses." Anglin has regularly changed the domain name registrations associated with the *Daily Stormer* in order to prevent its confiscation or suppression. By monitoring Anglin's Internet postings, and through the use of Internet search engines, counsel for Ms. Gersh has identified 18 different domain names that Anglin has used to publish the *Daily Stormer*.[1] These domain names include: "dailystormer.com"; "dailystormer.net"; "dailystormer.name"; "dailystormer.red"; "dailystormer.ru"; "dailystormer.su"; "dailystormer.at"; "dailystormer.is"; "dailystormer.ai"; "dailystormer.ws"; "dailystormer.hk"; "dailystormer.top"; "punishedstormer.com"; "dailystormer.wang"; "dailystormer.cat"; "dailystormer.lol"; "dailystormer.al"; and "dailystormer.ph."

6.   In this action, Ms. Gersh is seeking to attach the domain names for websites owned by Anglin and held by Dynadot LLC ("Dynadot") as registrar, including the *Daily Stormer*, as part of her effort to collect on the Judgment against him. There is a risk, however, that Anglin will try to frustrate her collection efforts by transferring or changing the registration held by Dynadot before Ms. Gersh can affect the attachment.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of December, 2020, in Queens, New York.

MARCELO A. TRIANA

---

[1] *See* Aja Romano, *Neo-Nazi Site Daily Stormer Resurfaces with Russian Domain Following Google and GoDaddy Bans*, VOX (Aug. 16, 2017 1:30PM), https://www.vox.com/culture/2017/8/16/16156210/daily-stormer-russian-domain-godaddy-google-ban.