MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW ANGLIN,<br><br>    Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF WRIT OF EXECUTION AND NOTICE OF LEVY** |

I, Mark R. Conrad, declare the following

1. I am an attorney licensed to practice in California and am counsel for Plaintiff/Judgment Creditor Tanya Gersh in the above-captioned action.

2. On August 8, 2019, the United States District Court for the District of Montana entered a judgment for Ms. Gersh and against Defendant, Andrew Anglin, in the amount of $14,042,438 (the "Judgment"). Ms. Gersh has registered the Judgment in this Court. See ECF No. 1.

3. Post-judgment interest on the Judgment is calculated pursuant to 28 U.S.C. § 1961(a), which provides: "Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefor may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." Section 1961(b) further states: "Interest shall be computed daily to the date of payment . . . and shall be compounded annually."

4. The "date of the judgment" is August 8, 2019, and therefore the "calendar week preceding the date of the judgment" is the week beginning July 29, 2019, and ending August 2, 2019. The "weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System" for this calendar week in 2019, was 1.94%. See Exhibit A (capturing screenshot of relevant 1-year constant maturity treasury yield data for the relevant time period, as published by the Board of Governors of the Federal Reserve System); see generally Board of Governors of the Federal Reserve System, Data Download Program: H.15 Selected Interest Rates, available at https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15 (last visited Dec. 2, 2020).

4. Applying the 1.94% interest rate to the principal amount of the Judgment ($14,042,438.00), interest accrued for one year (366 days) in the amount of $273,169.66 as of August 8, 2020, and was compounded on that date, resulting in principal of $14,315,607.66.

5. Applying the 1.94% interest rate to the principal amount of the Judgment since August 8, 2020, interest accrued in the amount of $87,501.70 as of December 1, 2020, when the Judgment was registered in this Court, resulting in principal of $14,403,109.36

6. Interest will continue to accrue at the annual rate of 1.94% on the principal amount of $14,315,607.66 until it compounds again, which means that, until August 8, 2021, daily interest will accrue on the Judgment in the amount of ($14,315,607.66 x 0.0194%) / 365 = $760.88.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 3rd day of December, 2020, in San Francisco, California.

_____
MARK R. CONRAD