| | | EJ-150 | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>After recording, return to:<br>Mark Conrad<br>CONRAD & METLITZKY LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>mconrad@conradmetlitzky.com<br>TEL NO.: 415-343-7100 FAX NO. (optional): 415-343-7101<br>E-MAIL ADDRESS *(Optional):* (see above)<br>[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS: Ronald V. Dellums Federal Building<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Northern District of California (Oakland Division) | | *FOR RECORDER'S USE ONLY* | |
| PLAINTIFF: Tanya Gersh<br>DEFENDANT: Andrew Anglin | | LEVYING OFFICER *(Name and Address):*<br>United States Marshals Service<br>Ronald V. Dellums Fed. Bldg., U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | |
| **NOTICE OF LEVY**<br>under Writ of [X] Execution (Money Judgment) [ ] Sale | | LEVYING OFFICER FILE NO.: | COURT CASE NO.:<br>4:20-mc-80215-KAW |

TO THE PERSON NOTIFIED *(name):* Dynadot LLC

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
    a. Judgment debtor (name): Andrew Anglin
    b. The property to be levied upon is described
       [ ] in the accompanying writ of possession or writ of sale.
       [X] as follows:
       All domain names that belong to or are controlled by Andrew Anglin, including but not limited to dailystormer.red, and any documents necessary to effect the transfer of those domain names.

2. The amount necessary to satisfy the judgment creditor's judgment is:
    a. Total amount due (less partial satisfactions) .................................. $ 14,403,109.36
    b. Levy fee ............................................................................. $
    c. Sheriff's disbursement fee ...................................................... $
    d. Recoverable costs ................................................................ $
    e. Total *(a through d)* ............................................................. $ 14,403,109.36
    f. Daily interest ..................................................................... $ 760.88

3. You are notified as
    a. [ ] a judgment debtor.
    b. [X] a person other than the judgment debtor *(state capacity in which person is notified):*
       The Registrar for the Domain Name Holdings of Andrew Anglin, including but not limited to "dailystormer.red."

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[ ] mailed on *(date):*
[ ] delivered on *(date):*
[ ] posted on *(date):*
[ ] filed on *(date):*
[ ] recorded on *(date):*
Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)
[ ] Levying officer [ ] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. July 1, 2014]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 699.540

| SHORT TITLE:<br>Gersh v. Anglin | LEVYING OFFICER FILE NO.: | COURT CASE NO.:<br>4:20-mc-80215-KAW |
|---|---|---|

## –INFORMATION FOR JUDGMENT DEBTOR–

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

| | AT-167/EJ-152 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Mark Conrad (CA Bar No. 255667)<br>CONRAD & METLITZKY LLP<br>Four Embarcadero Center, Suite 1400, San Francisco, CA 94111<br>TELEPHONE NO.: 415-343-7100  FAX NO.: 415-343-7101<br>E-MAIL ADDRESS: mconrad@conradmetlitzky.com<br>ATTORNEY FOR (Name): Tanya Gersh | LEVYING OFFICER (Name and Address):<br>United States Marshals Service<br>Ronald V. Dellums Fed. Bldg., U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS: Ronald V. Dellums Federal Building<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Northern District of California (Oakland Division) | |
| PLAINTIFF/PETITIONER: Tanya Gersh<br>DEFENDANT/RESPONDENT: Andrew Anglin | LEVYING OFFICER FILE NO.: |
| **MEMORANDUM OF GARNISHEE**<br>(Attachment–Enforcement of Judgment) | COURT CASE NO:<br>4:20-mc-80215-KAW |

**NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT:** This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.

— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

This memorandum does *not* apply to garnishment of earnings.

1. a. Garnishee *(name)*:

   b. Address:

2. Judgment Creditor *(name)*:

3. ☐ *(Check if applicable.)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

5. **For writ of execution only.** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*(Continued on reverse)*

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 [Revised July 1, 2013]

**MEMORANDUM OF GARNISHEE**<br>(Attachment–Enforcement of Judgment)

Code Civ. Proc., §§ 488.610, 701.030

| SHORT TITLE: Gersh v. Anglin | LEVYING OFFICER FILE NO.: | CASE NUMBER: 4:20-mc-80215-KAW |
|---|---|---|

AT-167/EJ-152

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

### DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____ ▶ _____
(TYPE OR PRINT NAME)              (SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached:

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)