MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: wmetlitzky@conmetkane.com

DANIEL J. KRAMER (admitted *pro hac vice*)
SARA E. HERSHMAN (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

BETH LITTRELL
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ANDREW ANGLIN,<br><br>　　　Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**NOTICE OF COMPLIANCE WITH SERVICE REQUIREMENTS OF PRESERVATION ORDER** |

On December 10, 2020, this Court issued a Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings. ECF No. 19. ("Preservation Order").  The Court ordered that counsel for Plaintiff and Judgment Creditor Tanya Gersh "shall exercise all reasonable efforts to serve Dynadot and [Defendant and Judgment Debtor Andrew] Anglin with a copy of this Order."

Attached hereto as **Exhibit A** are Certificates of Service attesting to service of the Order by email and Federal Express upon Anglin and Affidavits of Non Service attesting to unsuccessful efforts regarding personal service of the Order upon Anglin.

Attached hereto as **Exhibit B** are Certificates of Service attesting to service of the Order by email and Federal Express upon Dynadot and an Affidavit of Non Service attesting to unsuccessful efforts regarding personal service of the Order upon Dynadot.

DATED: January 11, 2021                                      Respectfully submitted,

                                                                    CONRAD | METLITZKY | KANE LLP


                                                                    */s/ Mark R. Conrad*
                                                                    MARK CONRAD
                                                                    Attorneys for Plaintiff TANYA GERSH

# Exhibit A

| | |
|---|---|
| MARK R. CONRAD (CA Bar No. 255667)<br>WARREN METLITZKY (CA Bar No. 220758)<br>**CONRAD & METLITZKY LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Tel:  (415) 343-7100<br>Fax:  (415) 343-7101<br>Email: mconrad@conradmetlitzky.com<br>Email: wmetlitzky@conradmetlitzky.com<br><br>BETH LITTRELL<br>(*pro hac vice* application forthcoming)<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Ave, Suite 340<br>Decatur, GA 30030<br>Tel:  (404) 221-5876<br>Fax:  (404) 221-5857<br>Email: beth.littrell@splcenter.org | DANIEL J. KRAMER<br>(*pro hac vice* application forthcoming)<br>SARA E. HERSHMAN<br>(*pro hac vice* application forthcoming)<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:  (212) 373-3392<br>Fax:  (212) 492-0392<br>Email: dkramer@paulweiss.com<br>Email: shershman@paulweiss.com |

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>     Plaintiff,<br><br>v.<br><br>ANDREW ANGLIN,<br><br>     Defendant. | CASE NO. 4:20-MC-80215-KAW _____<br><br>**CERIFICATE OF SERVICE** |

Unrestricted
Case No. 4:20-MC-80215-KAW _____                                    CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I sent a copy of the December 10, 2020 Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings (ECF 19) to be sent via e-mail to the following party:

    Andrew Anglin

    Totalfascism@gmail.com

    Andrewanglin84@gmail.com

    Dailystormer.net@superprivacyservice.com

Dated: December 22, 2020

By: _____
Eliza P. Strong, Esq.

Case No. 4:20-MC-80215-KAW

Unrestricted - 1 -

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | MARK R. CONRAD (CA Bar No. 255667) |
| | WARREN METLITZKY (CA Bar No. 220758) |
| 2 | **CONRAD & METLITZKY LLP** |
| | Four Embarcadero Center, Suite 1400 |
| 3 | San Francisco, CA 94111 |
| | Tel:   (415) 343-7100 |
| 4 | Fax:   (415) 343-7101 |
| | Email: mconrad@conradmetlitzky.com |
| 5 | Email: wmetlitzky@conradmetlitzky.com |

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH, | CASE NO. 4:20-MC-80215-KAW _____ |
| Plaintiff, | |
| v. | **CERIFICATE OF SERVICE** |
| ANDREW ANGLIN, | |
| Defendant. | |

Case No. 4:20-MC-80215-KAW _____          CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I caused a copy of the December 10, 2020 Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings (ECF 19) to be served via FedEx upon the following party:

                Andrew Anglin
                6287 High Street, Suite 121
                Worthington, OH 43085

                Andrew Anglin
                915 N. High Street
                Columbus, OH 43201

                Andrew Anglin
                364 West Lane Ave, Apt. 117
                Columbus, OH 43201-100

Dated: December 22, 2020

By: *[signature]*
Alexander F. Atkins, Esq.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.: _____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

TANYA GERSH,

*Plaintiff*

vs

ANDREW ANGLIN,

*Defendant*

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 22, 2020, at the following time: 2:15 PM,
at 6287 HIGH STREET, SUITE 121, COLUMBUS, OH 43085 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____ , _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ .

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___  3) ___ at ___  5) ___ at ___
2) ___ at ___  4) ___ at ___  6) ___ at ___

**Description of Recipient** Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $ ___

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** I attempted service on 12/22/20 @ 2:15 p.m. The office is vacant with only a couple pieces of furniture inside. There is a blank sign on the outside of Suite 121 confirming it is vacant.

Sworn to before me on DECEMBER 28 2020

NOTARY PUBLIC

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans
PROCESS SERVER LICENSE # _____

Work Order # 1448879

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.: _____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

TANYA GERSH,     Plaintiff

vs

ANDREW ANGLIN,     Defendant

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 22, 2020, at the following time: 1:00 PM,
at 364 WEST LANE AVE, APT. 117, COLUMBUS, OH 43201 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship, a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___  3) ___ at ___  5) ___ at ___
2) ___ at ___  4) ___ at ___  6) ___ at ___

**Description of Recipient** Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $ ___

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** I attempted service on 12/22/20 @ 1:00 p.m. The address is Riverwatch Tower which is dorms to The Ohio State University. It's a secure building for students only.

Sworn to Before me on December 28, 2020

_____
NOTARY PUBLIC

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

_Erica Cremeans_ (signature)
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans
PROCESS SERVER LICENSE # _____

Work Order # 1448910

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.: _____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

TANYA GERSH,

Plaintiff

vs

ANDREW ANGLIN,

Defendant

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 22, 2020, at the following time: 12:45 PM,
at 915 NORTH HIGH STREET, COLUMBUS, OH 43201 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___   3) ___ at ___   5) ___ at ___
2) ___ at ___   4) ___ at ___   6) ___ at ___

**Description of Recipient** — Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I attempted service on 12/22/20 @ 12:45 p.m. The address doesn't exist. There is a Paradise Garage (Bike shop) at 921 N. High St. and Local Bar at 913 N. High St.

Sworn to before me on DECEMBER 28, 2020

NOTARY PUBLIC

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans
PROCESS SERVER LICENSE # _____

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

Work Order # 1448880

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.:_____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

TANYA GERSH,

vs                                                                       *Plaintiff*

ANDREW ANGLIN,

*Defendant*

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 28, 2020, at the following time: 12:15 PM,
at 3827 N. High Street, Suite 121, COLUMBUS, OH 43085 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship, a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) ____ at ____   3) ____ at ____   5) ____ at ____
2) ____ at ____   4) ____ at ____   6) ____ at ____

**Description of Recipient** Sex: ____ Color of skin: ____ Color of hair: ____ Age: ____ Height: ____
Weight: ____ Other Features: ____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I attempted service on 12/28/20 @12:15 p.m.  This address does not exist.  It goes from 3819 to 3851.

Sworn to before me on December 29, 2020

NOTARY PUBLIC

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans
PROCESS SERVER LICENSE # ____

Work Order # 1448972

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.: _____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

*TANYA GERSH,*

           *Plaintiff*

vs

*ANDREW ANGLIN,*

           *Defendant*

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 28, 2020, at the following time: 1:40 PM,
at 7407 BRANDSHIRE LANE, APT. B, DUBLIN, OH 43017 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___   3) ___ at ___   5) ___ at ___
2) ___ at ___   4) ___ at ___   6) ___ at ___

**Description of Recipient**  Sex: ___  Color of skin: ___  Color of hair: ___  Age: ___  Height: ___  Weight: ___  Other Features: ___

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $ ___

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I attempted service on 12/28/20 @ 1:40 p.m. Per the current resident, (Indian male, 30-35 years old), I was advised that he has lived there for over a year and that the Subject is unknown.

Sworn to before me on December ___

NOTARY PUBLIC

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

PROCESS SERVER LICENSE # _____

**Work Order # 1448974**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.:
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**

TANYA GERSH,

Plaintiff

vs

ANDREW ANGLIN,

Defendant

STATE OF OHIO COUNTY OF FRANKLIN SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Ohio

That on the following date: December 28, 2020, at the following time: 12:50 PM,
at 979 HIGH STREET, SUITE 2, COLUMBUS, OH 43201 deponent attempted service of Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: ANDREW ANGLIN**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___  3) ___ at ___  5) ___ at ___
2) ___ at ___  4) ___ at ___  6) ___ at ___

**Description of Recipient** Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** I attempted service on 12/28/20 @ 12:50 p.m. There is no Suite 2. There is a Suite 201 for Allure Realty and 202 for The Eley Law Firm, but nothing for Andrew Anglin.

Sworn to before me on December 29, 2020

NOTARY PUBLIC

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Erica Cremeans
PROCESS SERVER LICENSE # _____

Work Order # 1448975

# Exhibit B

| | |
|---|---|
| MARK R. CONRAD (CA Bar No. 255667)<br>WARREN METLITZKY (CA Bar No. 220758)<br>**CONRAD & METLITZKY LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Tel:   (415) 343-7100<br>Fax:  (415) 343-7101<br>Email: mconrad@conradmetlitzky.com<br>Email: wmetlitzky@conradmetlitzky.com<br><br>BETH LITTRELL<br>(*pro hac vice* application forthcoming)<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E. Ponce de Leon Ave, Suite 340<br>Decatur, GA 30030<br>Tel:   (404) 221-5876<br>Fax:  (404) 221-5857<br>Email: beth.littrell@splcenter.org | DANIEL J. KRAMER<br>(*pro hac vice* application forthcoming)<br>SARA E. HERSHMAN<br>(*pro hac vice* application forthcoming)<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:   (212) 373-3392<br>Fax:  (212) 492-0392<br>Email: dkramer@paulweiss.com<br>Email: shershman@paulweiss.com |

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW ANGLIN,<br><br>       Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**CERIFICATE OF SERVICE** |

I hereby certify that on December 14 and December 15, 2020, I sent a copy of the December 10, 2020 Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings (ECF 19) via email to the following third party garnishee:

>Dynadot LLC
>legal@dynadot.com
>katheryn@dynadot.com

Dated: December 29, 2020

By: *[signature]*
Alexander F. Atkins, Esq.

MARK R. CONRAD (CA Bar No. 255667)
WARREN METLITZKY (CA Bar No. 220758)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: wmetlitzky@conradmetlitzky.com

BETH LITTRELL
(*pro hac vice* application forthcoming)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Tel:   (404) 221-5876
Fax:   (404) 221-5857
Email: beth.littrell@splcenter.org

DANIEL J. KRAMER
(*pro hac vice* application forthcoming)
SARA E. HERSHMAN
(*pro hac vice* application forthcoming)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americans
New York, NY 10019
Tel:   (212) 373-3392
Fax:   (212) 492-0392
Email: dkramer@paulweiss.com
Email: shershman@paulweiss.com

Attorneys for Plaintiff TANYA GERSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW ANGLIN,<br><br>    Defendant. | CASE NO. 4:20-MC-80215-KAW<br><br>**CERIFICATE OF SERVICE** |

I hereby certify that on January 4, 2021, I caused a copy of the December 10, 2020 Preservation Order Prohibiting the Transfer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings (ECF 19) to be served via FedEx upon the following third party garnishee:

>Dynadot LLC
>
>210 S Ellsworth Ave #345
>
>San Mateo, CA 94401

Dated: January 4, 2021

By: _____
Alexander F. Atkins, Esq.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF NON SERVICE

Client's File No.: _____
Index Number: 4:20-mc-80215-KAW
Date Filed: December 10, 2020

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA. SAN FRANCISCO DIVISION**



TANYA GERSH,

*Plaintiff*

vs

ANDREW ANGLIN,

*Defendant*

STATE OF CALIFORNIA COUNTY OF _____ SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of California

That on the following date: January 5, 2021, at the following time: 10:00 AM,

at 205 E. 3RD AVENUE, SUITE 314, SAN MATEO, CA 94401 deponent attempted service of

Preservation Order Prohibiting the Transer or Change of Registrant Information Concerning Defendant/Judgment Debtor's Domain Name Holdings signed by Hon. Kandis Westmore, U.S.J.

[ ] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon: DYNADOT**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____ , _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.    [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ .

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) ____ at ____   3) ____ at ____   5) ____ at ____
2) ____ at ____   4) ____ at ____   6) ____ at ____

**Description of Recipient** Sex: ____ Color of skin: ____ Color of hair: ____ Age: ____ Height: ____
Weight: ____ Other Features: ____

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $ ____

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** I attempted service on 12/21/20 @ 12:45 p.m. The building was closed due to Covid with a notice posted to call and make an appointment with the company. I called and spoke to Gabby from the Subject's office who said she would call me back and schedule a date and time as everyone is working remotely from home. She never called me back. I called an additional 4-5 times after that on several different days and was told someone would call me back but never did. I also left several messages and received no call backs. Attempted again on 01/05/21 @ 10:00 a.m. The building was still closed due to COVID protocol. I called the office and male answered the phone and advised that no one is in the San Mateo office and that everyone was working from home. I left my name and number again but did not hear back from the company.

Sworn to before me on _____

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Scott M. Feely
PROCESS SERVER LICENSE # 432

NOTARY PUBLIC   See over

Work Order # 1448878

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }
COUNTY OF San Mateo }

Subscribed and sworn to (or affirmed) before me on this 8th day of January, 2021, by Scott M. Feely

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

FRANK KAUL
Notary Public - California
San Mateo County
Commission # 2273337
My Comm. Expires Jan 24, 2023

Seal
*Place Notary Seal Above*

---------- OPTIONAL ----------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit of Non-Service
Document Date: 1/5/21
Number of Pages: 1
Signer(s) Other Than Named Above: none